UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 15-10338-FDS |
| ) | |
| 55. MAURICIO SANCHEZ, ) | |
| a/k/a "Tigre," ) | |
| Defendant. ) | |

## ORDER OF STIPULATED JUDICIAL REMOVAL

Pursuant to the authority created by Section 374(a)(3) of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, Pub. L. 104-208, 110 Stat. 3009 (September 30, 1996), codified at Title 8, United States Code, Section 1228(c)(5), and upon the parties' agreement to the entry of a stipulated judicial order of removal, it is hereby ordered that the Defendant, Mauricio Sanchez, a/k/a "Tigre," (A216 077 252), be removed from the United States. The Court finds that the Defendant is removable under Title 8 United States Code, Section §1182(a)(6)(A)(i), as an alien who is present in the United States without admission or parole, and Title 8 United States Code, Section §1182(a)(2)(A)(i)(I) as an alien convicted of a crime of moral turpitude.

The Court directs that upon conviction and after release from any period of incarceration, the Defendant be taken into custody by the United States Immigration and Customs Enforcement and removed to Honduras or to any other country as prescribed by the immigration laws of the United States of America.

Dated: March 7, 2019

HON. F. DENNIS SAYLOR IV
UNITED STATES DISTRICT JUDGE